800

*Hill, J., disqualified.*

DECIDED JUNE 2, 1975.

James Chaffin, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29811. HALL v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur, except Gunter, J., who concurs in the judgment only.*

DECIDED JUNE 2, 1975.

John T. Hall, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29829. WHITENER v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur, except Gunter and Ingram, JJ., who dissent.*

DECIDED JUNE 17, 1975.

Hiram Coleman Whitener, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.